FILED BY_____ D.C.

JUN 29 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14013-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

KEVIN TERGLIAFERA,

Defendant.
_____/

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

The United States of America, by and through the undersigned Assistant United States Attorney, and Kevin Tergliafera (hereinafter referred to as the "Defendant" or "Tergliafera"), together with his counsel, admit that the United States can prove the allegations contained in Count One of the Indictment, which charges the Defendant with conspiracy to distribute 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846. The Defendant also stipulates that the following recitation of the facts shall constitute the underlying factual basis for his guilty plea. These facts are not all of the facts known to the United States in this case and are offered merely to provide a sufficient factual basis to support the Defendant's guilty plea.

### Wiretap of Fernandez, Jr.'s Phone

On September 16, 2021, the United States obtained an order from the Court authorizing the interception of wire and electronic communications over Fernandez, Jr.'s phone (TARGET TELEPHONE 1). Interceptions over Fernandez, Jr.'s phone took place from September 17, 2021, through October 13, 2021. Fernandez, Jr. was intercepted over the wiretap of TARGET

1

TELEPHONE 1 agreeing to distribute methamphetamine to several customers. Over the course of the wiretap, law enforcement identified Tergliafera as one of Fernandez, Jr.'s sources of supply for methamphetamine.

### Controlled Buy – 09/23/2021

On September 19, 2021, a confidential human source ("CHS1") contacted Fernandez, Jr. on TARGET TELEPHONE 1, under the direction of law enforcement, and ordered four ounces of methamphetamine.

On September 22, 2021, law enforcement intercepted Fernandez, Jr. contacting Brittany Corona ("Corona") from TARGET TELEPHONE 1. During their conversation, which was a wire communication, Corona advised Fernandez, Jr. to contact "Kevin" if he needed anything.

Later in the day on September 22, 2021, Fernandez, Jr. engaged in a text message exchange with Tergliafera over TARGET TELEPHONE 1. Although the conversation was coded, it is clear from the context of the conversation that Fernandez, Jr. intended to travel to meet Tergliafera the following day.

On September 23, 2021, CHS1 met with Fernandez, Jr. at his residence. While inside the residence, CHS1 provided Fernandez, Jr. with $2,400.00 for the four ounces of methamphetamine. After CHS1 left Fernandez, Jr.'s residence, law enforcement established air and ground surveillance on Fernandez, Jr. and followed him from his residence in Saint Lucie County to Tergliafera's residence, which is located in Polk City, Polk County, Florida.

Shortly after Fernandez, Jr. left his residence in Saint Lucie County, Florida, he contacted Tergliafera over TARGET TELEPHONE 1 and advised him that he was on his way and would arrive in a few hours.

2

Fernandez, Jr. was under surveillance when he traveled from his residence in Saint Lucie County to Tergliafera's residence in Polk County. Fernandez, Jr. remained at Tergliafera's residence for approximately two hours, after which he left Tergliafera's residence and returned to his residence in Saint Lucie County. Fernandez, Jr. was under surveillance when he traveled from Tergliafera's residence in Polk County back to his residence in Saint Lucie County.

Upon returning to Saint Lucie County the same day, Fernandez, Jr. distributed approximately 104.5 grams of methamphetamine (actual) to CHS1. The transaction took place at Fernandez, Jr.'s residence. Lab results confirmed the substance related to this controlled buy tested positive for 104.5 grams of methamphetamine.

### Controlled Buy – 10/19/2021

On October 19, 2021, a cooperating defendant ("CD1") purchased approximately eight ounces of methamphetamine (actual) from Tergliafera for $3,050.00 during a controlled buy that took place at Tergliafera's residence in Polk County. Law enforcement monitored this transaction "live" through audio and video monitoring and recording devices, which law enforcement provided to CD1. Law enforcement followed CD1 to Tergliafera's residence and observed CD1 enter the residence. The transaction was recorded with both video and audio. Several semi-automatic rifles were present during the transaction.

Shortly after the transaction took place, CD1 left Tergliafera's residence and traveled to a predetermined location, at which time CD1 turned over custody of a crown royal bag that contained a large plastic bag to law enforcement. The large plastic bag contained a clear rock-like substance. Lab results confirmed the substance related to this controlled buy tested positive for 225.1 grams of methamphetamine.

### Controlled Buy – 11/03/2021

On November 3, 2021, an undercover officer ("UC") from the Polk County Sheriff's Office ("PCSO") purchased approximately eight ounces of methamphetamine from Tergliafera for $2,800.00 during a controlled buy that took place at Tergliafera's residence in Polk County. CD1 introduced the UC to Tergliafera.

### Execution of Search Warrant at Tergliafera's Residence

On November 9, 2021, the PCSO executed a state search warrant at Tergliafera's residence. Law enforcement seized approximately three kilograms of methamphetamine, 26 firearms, including several semi-automatic rifles, and a bulletproof vest from Tergliafera's residence. The methamphetamine and firearms were recovered from several different locations inside the residence. Tergliafera was arrested on an active warrant by the PCSO as he was leaving the residence. Tergliafera had one ounce of methamphetamine and a loaded firearm on his person when he was arrested.

While the search warrant for Tergliafera's residence was being executed, DEA Special Agent Randy Matschner, FBI/TFO Andy Bolonka, and Saint Lucie County Sheriff's Office Detective Jonathan Osteen interviewed Tergliafera. The interview took place at Tergliafera's residence.

Tergliafera confirmed that his phone number was the one intercepted over the wiretap of TARGET TELEPHONE 1. Tergliafera admitted, among other things, that he distributed methamphetamine in Polk County and elsewhere for at least the last six months. Tergliafera admitted that some of his customers were from Saint Lucie County, including Fernandez, Jr. Tergliafera stated that he would only sell to customers who were willing to purchase at least four

4

ounces of methamphetamine at a time. Tergliafera admitted that most of the methamphetamine and guns seized from his residence belonged to him.

Tergliafera stipulates that beginning as early as May 2021, and continuing through November 2021, he conspired with Fernandez, Jr., and others, to distribute methamphetamine in the Southern District of Florida, and elsewhere. Tergliafera further stipulates that between May 2021 and November 2021, he personally distributed at least 500 grams but less than 1.5 kilograms of methamphetamine (actual), in the Southern District of Florida, in furtherance of the conspiracy charged in Count One of the Indictment.

At least one coconspirator identified the defendant as an individual who distributed methamphetamine on several occasions in furtherance of the conspiracy charged in Count One of the Indictment.

The defendant is aware of and understands the nature of the charges to which he is pleading guilty and understands that had he proceeded to trial, the United States would have had to prove the following elements beyond a reasonable doubt:

**Count 1:**   **Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846:**

(1) Two or more persons in some way agreed to try to accomplish a shared and unlawful plan to distribute methamphetamine;

(2) The defendant knew the unlawful purpose of the plan and willfully joined in it; and

(3) The object of the unlawful plan was to distribute 50 grams or more of methamphetamine (actual).

The defendant and his attorney agree that the facts recited above meet these elements.

Respectfully submitted,

Date: 6/30/22

Date: 6/30/22

Date: 6/30/22

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

_____
KEVIN TERGLIABERA
DEFENDANT

_____
LYDIA R. PITTAWAY
ATTORNEY FOR DEFENDANT

6