

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14013-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

EDWIN FERNANDO FERNANDEZ, JR.,
   a/k/a "Hugh,"

                Defendant.
_____/

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

The United States of America, by and through the undersigned Assistant United States Attorney, and Edwin Fernando Fernandez, Jr., a/k/a "Hugh" (hereinafter referred to as the "Defendant" or "Fernandez, Jr."), together with his counsel, admit that the United States can prove the allegations contained in Count One of the Indictment, which charges the Defendant with conspiracy to distribute 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846. The Defendant also stipulates that the following recitation of the facts shall constitute the underlying factual basis for his guilty plea. These facts are not all of the facts known to the United States in this case and are offered merely to provide a sufficient factual basis to support the Defendant's guilty plea.

### Controlled Buy – 08/05/2021

On August 5, 2021, a confidential human source ("CHS1") purchased approximately 50.78 grams methamphetamine (actual) from Fernandez, Jr. for $1,400.00 during a controlled buy that took place at Laurie Coronato Rule's residence in Fort Pierce, Saint Lucie County, Florida. Law enforcement monitored this transaction "live" through audio and video monitoring and recording

devices, which law enforcement provided to CHS1. During this transaction, CHS1 met Fernandez, Jr. at a Kwik Stop located at 4935 Oleander Avenue, Fort Pierce, Saint Lucie County, Florida. Law enforcement observed CHS1 enter a vehicle occupied by Rule and Fernandez, Jr. at the Kwik Stop. The vehicle was driven by Rule and Fernandez, Jr. was seated in the front passenger's seat. Law enforcement maintained surveillance of the vehicle and followed it to Rule's residence, at which point Fernandez, Jr., Rule, and CHS1 exited the vehicle and entered the residence. After a brief period of time, Fernandez, Jr., Rule, and CHS1 exited the residence and returned to the Kwik Stop, at which point CHS1 exited the vehicle. Shortly thereafter, CHS1 was transported to a predetermined location by law enforcement and turned over custody of two clear baggies that contained a clear rock-like substance. Lab results confirmed the substance related to this controlled buy tested positive for 52.36 grams of methamphetamine with a purity level of 97%.

### Wiretap of Fernandez, Jr.'s Phone

On September 16, 2021, the Honorable Aileen M. Cannon authorized the interception of wire and electronic communications over Fernandez, Jr.'s phone (TARGET TELEPHONE 1). Interceptions over Fernandez, Jr.'s phone took place from September 17, 2021, through October 13, 2021. Fernandez, Jr. was intercepted over the wiretap of TARGET TELEPHONE 1 agreeing to distribute methamphetamine to several customers, including CHS1. Over the course of the wiretap, law enforcement identified Kevin Tergliafera ("Tergliafera") as one of Fernandez, Jr.'s sources of supply for methamphetamine.

### Controlled Buy – 09/01/2021

On September 1, 2021, CHS1 purchased approximately 53.63 grams of methamphetamine (actual) from Fernandez, Jr. for $1,500.00 during a controlled buy that took place at Fernandez, Jr.'s residence. Prior to receiving the methamphetamine, CHS1 met Fernandez, Jr. at the Shell

Gas Station on US 1 in Fort Pierce.  At approximately 12:30 p.m., Fernandez, Jr. arrived at the gas station in a silver Honda Accord.  At approximately 12:35 p.m., CHS1 arrived at the gas station and walked over to Fernandez, Jr., at which point CHS1 handed Fernandez, Jr. the buy money.  Fernandez, Jr. advised CHS1 he would be back in town in four to five hours.

Shortly thereafter, Fernandez, Jr. left the gas station and traveled to Polk County, Florida.  While Fernandez, Jr. was in Polk County, he sent CHS1 several text messages advising CHS1 where he was and that the deal was taking place.

At approximately 10:45 p.m., Fernandez, Jr. contacted CHS1 and advised CHS1 he was back in town and that CHS1 could come to his residence.  Shortly thereafter, CHS1 traveled to Fernandez, Jr.'s residence.  CHS1 was inside the residence for several minutes, after which CHS1 left the residence and traveled to a predetermined location where CHS1 turned over custody of two clear baggies that contained a clear rock-like substance to law enforcement.  Lab results confirmed that the substance related to this controlled buy tested positive for 54.18 grams of methamphetamine with a purity level of 99%.

### Controlled Buy – 09/23/2021

On September 19, 2021, CHS1 contacted Fernandez, Jr. on TARGET TELEPHONE 1, under the direction of law enforcement, and ordered four ounces of methamphetamine.

On September 22, 2021, law enforcement intercepted Fernandez, Jr. contacting Brittany Corona ("Corona") from TARGET TELEPHONE 1.  During the conversation, which was a wire communication, Corona advised Fernandez, Jr. to contact "Kevin" if he needed anything.

Later in the day on September 22, 2021, Fernandez, Jr. engaged in a text message exchange with Tergliafera over TARGET TELEPHONE 1.  Although the conversation was coded, it is clear from the context of the conversation that Fernandez,. Jr. intended to travel to meet Tergliafera the

3

following day.

On September 23, 2021, CHS1 met with Fernandez, Jr. at his residence. While inside the residence, CHS1 provided Fernandez, Jr. with $2,400.00 for the four ounces of methamphetamine.

After CHS1 left Fernandez, Jr.'s residence, law enforcement established air and ground surveillance on Fernandez, Jr. and followed him from his residence in Saint Lucie County to Tergliafera's residence, which is located in Polk City, Polk County, Florida.

Shortly after Fernandez, Jr. left his residence in Saint Lucie County, Florida, he contacted Tergliafera over TARGET TELEPHONE 1 and advised him that he was on his way and would arrive in a few hours.

Fernandez, Jr. was under surveillance when he traveled from his residence in Saint Lucie County to Tergliafera's residence in Polk County. Fernandez, Jr. remained at Tergliafera's residence for approximately two hours, after which he left Tergliafera's residence and returned to his residence in Saint Lucie County. Fernandez, Jr. was under surveillance when he traveled from Tergliafera's residence in Polk County back to his residence in Saint Lucie County.

Upon returning to Saint Lucie County the same day, Fernandez, Jr. distributed approximately 104.5 grams of methamphetamine (actual) to CHS1. The transaction took place at Fernandez, Jr.'s residence. Lab results confirmed the substance related to this controlled buy tested positive for 104.5 grams of methamphetamine with a purity level of 100%.

### Interview of Fernandez, Jr. – 10/06/2021

On October 6, 2021, DEA SA Randy Matschner and FBI/TFO Andy Bolonka approached Fernandez, Jr. and interviewed him. Fernandez, Jr. was advised of his Miranda rights and agreed to speak with DEA SA Matschner and FBI/TFO Bolonka.

Fernandez, Jr. admitted, among other things, that he distributed methamphetamine in Saint Lucie County and elsewhere. Fernandez, Jr. advised that he purchased distribution quantities of methamphetamine from Lance Ratteree ("Ratteree") on at least three occasions. Fernandez, Jr. explained that he had a recent falling out with Ratteree and had not purchased methamphetamine from him in several weeks.

Fernandez, Jr. identified Kevin Tergliafera as another one of his sources of supply for methamphetamine. Fernandez, Jr. stated that he purchased distribution quantities of methamphetamine from Tergliafera on two occasions, and that Ratterree and Brittany Corona introduced Fernandez, Jr. to Tergliafera. Fernandez, Jr. identified Brittany Corona as a middle person who brokered drug deals. Fernandez, Jr. stated that he made arrangements to purchase methamphetamine from Tergliafera a few days prior but had a bad feeling law enforcement was watching him and never completed the transaction.

Fernandez, Jr. also identified several of the customers to whom he sold methamphetamine in Saint Lucie County, and elsewhere.

Fernandez, Jr. stipulates that beginning as early as May 2021, and continuing through November 2021, he conspired with Kevin Tergliafera, Lance Ratterree, and others, to distribute methamphetamine in the Southern District of Florida. Fernandez, Jr. further stipulates that between May 2021 and November 2021, he personally distributed at least 150 grams but less than 500 grams of methamphetamine (actual), in the Southern District of Florida, in furtherance of the conspiracy charged in Count One of the Indictment.

The defendant is aware of and understands the nature of the charges to which he is pleading guilty and understands that had he proceeded to trial, the United States would have had to prove the following elements beyond a reasonable doubt:

**Count 1:**   Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846:

(1) Two or more persons in some way agreed to try to accomplish a shared and unlawful plan to distribute methamphetamine;

(2) The defendant knew the unlawful purpose of the plan and willfully joined in it; and

(3) The object of the unlawful plan was to distribute 50 grams or more of methamphetamine (actual).

The defendant and his attorney agree that the facts recited above meet these elements.

Respectfully submitted,

Date: 7/1/2022

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

Date: 7/1/22

_____
EDWIN FERNANDO FERNANDEZ, JR.,
a/k/a "Hugh,"
DEFENDANT

Date: 7/1/22

_____
PETER BIRCH
ATTORNEY FOR DEFENDANT