UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14013-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**EDWIN FERNANDO FERNANDEZ JR,**
    a/k/a "Hugh"

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 75]. On July 1, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 68] during which Defendant pled guilty to Count One of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 69, 71]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count One of the Indictment [ECF No. 75]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 75] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Edwin Fernando Fernandez Jr., a/k/a "Hugh" as to Count One of the Indictment is **ACCEPTED**.

CASE NO. 22-14013-CR-CANNON

3. Defendant Edwin Fernando Fernandez Jr., a/k/a "Hugh" is adjudicated guilty of the Count One of the Indictment, which charges him with conspiracy to distribute 50 grams or more of methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Counts Two, Three and Four against the Defendant at sentencing [ECF No. 69 ¶ 2].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of July 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record